UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  
JOHN T TURNER  
    Debtor(s)

Case No: 09-81055-WRS  
Chapter 13

## TRUSTEE'S SUMMARY OF CONFIRMED CHAPTER 13 PLAN

The debtor's Chapter 13 case was filed on Tuesday, July 7, 2009. A summary of the plan or the final modification was transmitted to the creditors under Fed. R. Bankr. P. 3015. The Confirmation hearing for the debtor(s) plan was held on Tuesday, March 9, 2010, and on that date the Court ordered the plan confirmed.

Following is a Summary of the plan as confirmed by the Court.

1. Payments and Length of Plan:

   Amount of debtor(s) plan payments:
   **DEBTOR PAY SCHEDULE**

   | DEBTOR NAME | PAYEE NAME | AMOUNT | FREQUENCY | START DATE |
   |---|---|---|---|---|
   | JOHN T TURNER | WAL MART | 916.00 | MONTHLY | 08/07/2009 |
   | JOHN T TURNER | WAL MART | 943.00 | MONTHLY | 08/21/2009 |
   | JOHN T TURNER | WAL MART | 1,066.00 | MONTHLY | 01/28/2010 |

   Period of payments: 60 months or until 0.00% is paid on allowed unsecured claims.

   Payable to:    Chapter 13 Trustee  
                    P. O. Box 613108  
                    MEMPHIS TN  38101-3108

2. Senior expenses and Administrative claims to be paid:

### ADMINISTRATIVE EXPENSES

| | | |
|---|---|---|
| Debtor's Attorney | Attorney's Fee Allowed | $2,500.00 |
| Chapter 13 Trustee | Notice Fee @ $.50 per copy | $0.00 |
| Chapter 13 Trustee | Trustee Administrative Fee | $158.87 |
| Clerk of Court | Filing Fee | $0.00 |

### SECURED, PRIORITY AND SPECIAL CLAIMS

**Secured**

| Creditor | 910/365 | Collateral Value | Interest | Payment |
|---|---|---|---|---|
| NUVELL CREDIT CO LLC | Y | $21,186.20 | 6.00 % | $410.00 |
| ALABAMA TRUST BANK, NA | N | $1,500.00 | 6.00 % | $33.00 |
| ALABAMA TRUST BANK, NA | Y | $25,000.00 | 6.00 % | $529.00 |

In re                                                                                      Case No: 09-81055-WRS
JOHN T TURNER                                                                              Chapter 13
        Debtor(s)

3.  Payments on allowed unsecured claims (including undersecured claims) will be made after senior
    expenses and claims are paid.

Dated this Friday, March 12, 2010.                      /s/ *Curtis C. Reding.*
                                                        Curtis C. Reding
                                                        Chapter Thirteen Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document on all parties in interest, by either
electronic mail or by placing them in the United States Mail, postage prepaid, and properly addressed,
this Friday, March 12, 2010.


                                                        /s/ *Curtis C. Reding*
                                                        Curtis C. Reding
                                                        Chapter Thirteen Trustee