UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In Re:  
JOHN T TURNER  
293 WARREN HILL RD  
ALEXANDER CITY, AL  35010

Case No.09-81055-WRS  
Chapter 13

Debtor  
SSN: XXX-XX-7328

## Order Releasing Wages

The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

> WAL MART  
> ATTN PAYROLL  
> P O BOX 82  
> BENTONVILLE, AR  72712-0082

The above employer is authorized to pay all future wages to the debtor.

Done this Friday, February 28, 2014.

*/s/ William R. Sawyer*  
William R. Sawyer  
United States Bankruptcy Judge

**CC:** JOHN T TURNER  
WAL MART